No. 00–6543. McMutuary et al. v. United States. C. A. 7th Cir. Certiorari denied.

No. 00–6545. DeJesus v. United States. C. A. 2d Cir. Certiorari denied.

No. 00–6547. Jackson v. United States. C. A. 6th Cir. Certiorari·denied.

No. 00–6549. Mercado-Orozco v. United States. C. A. 9th Cir. Certiorari denied.

No. 00–6556. Young v. United States. C. A. 4th Cir. Certiorari denied.

No. 00–6560. Minor v. United States. C. A. 5th Cir. Certiorari denied.

No. 00–6566. Diaz v. United States. C. A. 3d Cir. Certiorari denied.

No. 00–6569. Linietsky v. New York State Grievance Committee for the Second and Eleventh Judicial Districts. Ct. App. N. Y. Certiorari denied.

No. 00–6588. Simon v. United States. C. A. 11th Cir. Certiorari denied.

No. 00–6591. Wilson v. United States. C. A. 5th Cir. Certiorari denied.

No. 00–6605. Williams v. United States. C. A. 9th Cir. Certiorari denied.

No. 00–6609. Morgan v. United States. C. A. 5th Cir. Certiorari denied.

No. 00–214. Qwest Corp. v. MCI Worldcom Network Services, Inc., et al.; Qwest Corp. v. AT&T Communications of the Pacific Northwest, Inc., et al.; and Qwest Corp. v. Sprint Communications Co. L. P. et al. C. A. 9th Cir. Certiorari denied. Justice O'Connor took no part in the consideration or decision of this petition. Reported below: 204 F. 3d 1262 (first judgment); 211 F. 3d 1276 (second and third judgments).